IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PIERRE L. HOFFMAN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CHARLES D. LEE, JOHN D. KASAWA, ) <br> and RN DAN JEANS, ) <br> ) <br> Defendants. ) <br> ) | No. C 10-2541 LHK (PR) <br><br> ORDER DENYING PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT; ORDER TO SHOW CAUSE <br><br> (Docket No. 18) |

    Plaintiff, a state prisoner proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. On November 24, 2010, the Court screened Plaintiff's amended complaint, and ordered it served upon named Defendants. The Court directed Defendants to file a dispositive motion or notice that no such motion was warranted within ninety days. On December 16, 2010, summonses were issued for all three Defendants. On January 26, 2011, a summons was returned executed for Defendant John D. Kasawa.[1] More than ninety days have passed since the Court's order of service, and, to date, Kasawa has made no appearance in this action.

    On March 4, 2011, Plaintiff filed a motion requesting the appropriate legal action and sanctions upon Defendants for failing to file their dispositive motion. The Court construes the

---

    [1] That same day, summonses were returned unexecuted for the other two Defendants. It is Plaintiff's responsibility to provide accurate and current location information for Defendants so that the Marshall may properly serve them. The Court will address this issue in a separate order.

Order Denying Plaintiff's Motion for Entry of Default Judgment; Order to Show Cause
P:\PRO-SE\SJ.LHK\CR.10\Hoffman541oscdefault.wpd

1  motion as a motion for entry of default judgment against Kasawa. Default judgments are
2  generally disfavored, and "[c]ases should be decided upon their merits whenever reasonably
3  possible." *Eitel v. McCool*, 782 F.2d 1470, 1472 (9th Cir. 1986). Therefore, the Court DENIES
4  Plaintiff's motion for entry of default judgment without prejudice. Instead, the Court orders
5  Defendant Kasawa to show cause within **thirty (30) days** of the filing date of this order why a
6  default judgment should not be entered against him. Failure to respond to the Court's order will
7  result in a default judgment being entered against Defendant Kasawa.
8      The Clerk shall mail a copy of this order on Defendant Kasawa at 8090 Parkway Drive,
9  La Mesa, California 91942, as well as on Plaintiff. The Clerk shall also mail a courtesy copy of
10 this order to the California Attorney General's Office.
11     IT IS SO ORDERED.
12 DATED: 4/1/11

                                    LUCY H. KOH
13                                     United States District Judge