1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PIERRE L. HOFFMAN,           )<br>                              )<br>     Plaintiff,              )<br>                              )<br>     v.                       )<br>                              )<br>CHARLES D. LEE, et al.,       )<br>                              )<br>     Defendants.              ) | No. C 10-2541 LHK (PR)<br><br>ORDER DIRECTING THE<br>CLERK TO RE-SERVE<br>DEFENDANTS LEE AND<br>JEANS; DENYING MOTION<br>TO COMPEL<br><br>(Docket Nos. 25, 29) |

Plaintiff, a state prisoner proceeding *pro se*, filed an amended civil rights complaint pursuant to 42 U.S.C. § 1983.  Although Plaintiff named three Defendants in his amended complaint, only one has been served thus far.  On April 28, 2011, the Court issued an order directing Plaintiff to locate the unserved Defendants Dr. Charles D. Lee and Nurse D. Jeans.  On May 23, 2011, the Plaintiff filed a motion in which he provides the current locations for Defendants Lee and Jeans for service.

Accordingly, the Clerk of the Court is instructed to re-serve Defendant Charles D. Lee at 16643 Maverick Lane, Poway, CA 92064 and Defendant D. Jeans at 14427 Cerise Ave., Apt. 10, Hawthorne, CA 90250.

Plaintiff's motion to compel the Defendants to disclose their motion to dismiss based on insufficient service (docket no. 20) is denied as unnecessary.  The Court dismissed Defendants' motion on April 19, 2011.  However, Defendants are reminded to include Plaintiff's prisoner number, P-22734, in his mailing address to ensure that he receives pleadings and correspondence in a timely manner.

1  IT IS SO ORDERED.

2  DATED:   6/7/11

_____
LUCY H. KOH
United States District Judge

3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28