IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PIERRE L. HOFFMAN, ) | No. C 10-2541 LHK (PR) |
| ) | |
| Plaintiff, ) | JUDGMENT |
| ) | |
| vs. ) | |
| ) | |
| CHARLES D. LEE, M.D., et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

The Court has granted Defendants' motions to dismiss. Judgment is entered in favor of Defendants and against Plaintiff. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: 10/17/11

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Judgment
N:\10.10 work\Hoffman541jud.wpd