1
2
3
4
5
6
7
8                         IN THE UNITED STATES DISTRICT COURT
9                       FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11   PIERRE L. HOFFMAN,                    )    No. C 10-2541 LHK (PR)
                                           )
             Plaintiff,                    )    JUDGMENT
12                                         )
       vs.                                 )
13                                         )
     CHARLES D. LEE, M.D., et al.,         )
14                                         )
             Defendants.                   )
15   _____)
16
17       The Court has granted Defendants' motions to dismiss.  Judgment is entered in favor of
18   Defendants and against Plaintiff.  The Clerk shall close the file.
19       IT IS SO ORDERED.
20   DATED:  10/17/11
                                                     *Lucy H. Koh signature*
21                                                   LUCY H. KOH
                                                     United States District Judge
22
...
28

Judgment
N:\10.10 work\Hoffman541jud.wpd